## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JAIME N. LEYENDECKER,**<br>**Plaintiff,**<br><br>v.<br><br>**ANDREW SAUL,**<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>**Defendant.** | Civil Action No. 1:19-cv-00994<br><br>Magistrate Judge Litkovitz |

## ORDER

    This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. (Doc. 18). Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will remand the claim to an Administrative Law Judge to develop the administrative record as necessary to determine whether plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and issue a new decision.

    The parties' joint motion to remand is GRANTED; this case is REMANDED to the Commissioner of Social Security for further administrative proceedings; and the Clerk of Court shall enter a separate judgment as required by Fed. R. Civ. P. 58.

Dated: 6/3/2020

_Karen L. Litkovitz_
United States Magistrate Judge